UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL DUFF,

              Plaintiff(s),

      v.

WASHINGTON MUTUAL BANK, et al.,

              Defendant(s).

NO. C04-2309MJP

MINUTE ORDER

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

     The Court has reviewed Plaintiff's Motion to Compel (Dkt. No. 79).

     There will be no ruling on this motion, nor any argument permitted, until the parties have met and conferred concerning this dispute. The meeting can be either face-to-face or voice-to-voice, but the parties are ordered to conduct such a meeting and file a stipulated or joint report concerning the results prior to April 7, 2008.

     Filed this 19th day of March, 2008.

                            BRUCE RIFKIN, Clerk

                     By    /s Mary Duett
                              Deputy Clerk

MINUTE ORDER